IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **95-K-2510**

**MORRISON KNUDSEN CORPORATION**
**d/b/a MK-FERGUSON COMPANY, an Ohio Corporation,**

    Plaintiff and Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida Corporation;**

    Defendant and Counterclaim Plaintiff,
_____

ORDER ON OBJECTIONS TO TRANSCRIPT DESIGNATIONS
_____

KANE, J.

Both sides in this federal procurement contract/environmental cleanup damages action have designated excerpts of the previous trial transcript for use in the retrial. I have reviewed the designations together with each side's objections, and issue the following rulings:

1. **<u>Standing Ruling for all Designated Testimony</u>:** Counsel should instruct individuals reading designated testimony that counsel comments/objections regarding the evidence, and Judge Cauthron's evidentiary rulings or comments related to them, are not witness testimony and shall not be read as part of any of the parties' designations. For example, on page 347 of the designations related to Don Blasdel, lines 23-25 shall be omitted when reading Mr. Blasdel's testimony into the record.

2. **MK's Objections to Designations of Prior Trial Testimony - Don Blasdel.**

   With the exception of statements falling within the purview of the above standing order, each of MK's Objections (Doc. 568) is OVERRULED.

3. **MK's Objections - Scott Bogue.**

   With the same exception, MK's Objections to Bogue's testimony designations (Doc. 569) are OVERRULED.

4. **MK's Objections - Robert Claire**.

   MK's Objections to Claire's designations (Doc. 567) are OVERRULED.

5. **MK's Objections - DOE Employee Russell Edge**.

   MK's Objections to the deposition testimony of Russell Edge (Doc. 570) are OVERRULED in their entirety.

6. **MK's Objections - Doug Hambleton.**

   MK's Objections to the designations of Hambleton's prior trial testimony (Doc. 572) are OVERRULED with the exception of lines 9 - 13 on p. 1709, with respect to which MK's objection is SUSTAINED.

7. **MK's Objections - Ed Johnson.**

   MK's evidentiary Objections to the designated deposition testimony of Ed Johnson (Doc. 565) are SUSTAINED with respect to lines 8-12 on p. 246 of the deposition transcript. They are OVERRULED in all other respects. Lines 23-24 on p. 383 are to be omitted pursuant to my standing order set forth in paragraph 1

above.

8. **MK's Objections to Prior Trial Testimony of Joseph Kelly.**

    MK's Objections are SUSTAINED with respect to the following designations:

    • p. 1774, ll. 11-19;

    • p. 1777, ll. 25 - p. 1778, l. 13; and

    • p. 1783, ll 18-20.

    MK's Objections are otherwise OVERRULED.

9. **MK's Objections to Prior Trial Testimony of Thomas Langlois**.

    MK's Objections are OVERRULED in their entirety.

10. **MK's Objections to Prior Trial Testimony of Robert Lawrence**.

    MK's Objections are sustained with respect to the first designation (p. 1130, ll. 9-13 & p. 1130, l. 24 through p. 1131, l. 1). MK's remaining objections are OVERRULED.

11. **Norm C. Olson**.

    MK's Objection to GIT's first designation at p. 938 is SUSTAINED. The designation will be allowed, but the testimony at pp. 937 l. 11 through 938, l. 13 must be read as well. MK's Objections are otherwise OVERRULED.

12. **Don Sanders**.

    MK's Objections (Doc. 591) are SUSTAINED as to the following designations:

    • p. 226, ll. 21-23 (the testimony is inadmissible);

- p. 230 (the designated testimony will be allowed, but lines 17-19 must also be included);

- p. 242 (same, but lines 18-20 must also be included);

- p. 262 (same, but p. 263, ll. 7-9 must also be included);

- p.275 (designated testimony allowed, but p. 275, l. 22 - p. 277, l. 22 must also be included).

MK's Objections are otherwise OVERRULED.

13. **Richard Serna**.

MK's overall objection to GIT's Serna prior testimony designations that Serna has not been shown to be unavailable for trial is OVERRULED. With respect to MK's specific objections, they are SUSTAINED as follows:

- the testimony at p. 1633 is allowed, but p. 1633:23 - p. 1634:17 must also be included;

- p. 1645, ll. 2-23, the testimony is excluded;

- pp. 1648 and 1660 – the designated testimony is allowed, but p. 1648, ll. 18 - 20 and p. 1660: 22 - p. 1661:5 must be included.

MK's Objections are otherwise OVERRULED.

14. **MK's Objections to Deposition Designations of Melanie Thomas (Doc. 564)**.

MK's Objections are OVERRULED in their entirety.

15. **MK's Objections to Prior Trial Testimony of Juan Williams (Doc. 597)**.

MK's overall objection to the testimony of Juan Williams on grounds of

relevancy and prejudice is OVERRULED. With respect to MK's individual objections to GIT's designations, those objections are SUSTAINED only with respect to lines 7-11 and 14-16 on p. 2142. MK's Objections are otherwise OVERRULED.

16. **MK's Objections to Deposition Designations of Brian Wood (Doc. 566)**.

With the exception of the exclusion of line 6 on p. 36 of Wood's deposition, MK's Objections are OVERRULED.

Dated this 29th day of March, 2006, at Denver, Colorado.

                              **s/John L. Kane**
                              SENIOR U.S. DISTRICT JUDGE