IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **95-K-2510**

**MORRISON KNUDSEN CORPORATION
d/b/a MK-FERGUSON COMPANY, an Ohio Corporation,**

    Plaintiff and Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida Corporation;**

    Defendant and Counterclaim Plaintiff,

_____

ORDER ON MOTION FOR RECONSIDERATION
_____

KANE, J.

    MK's Motion to Reconsider a Portion of the Court's February 22, 2006 Order on Pending Motions (Doc. 627) is **DENIED.** The jury will be instructed in accordance with 48 C.F.R. § 49.108-5 on the elements necessary to a determination that the RN Robinson judgment against GIT is properly allocable to the terminated portion of the MK-GIT Contract. If so, MK may be required to treat the amount of the judgment as a cost of settling with GIT.

    Dated this 30th day of March, 2006.

                                                   **s/John L. Kane**
                                                  SENIOR U.S. DISTRICT JUDGE