IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-02510-JLK-BNB

MORRISON KNUDSEN CORPORATION, d/b/a MK-FERGUSON COMPANY, an Ohio corporation,

    Plaintiff and Counterclaim Defendant,

v.

GROUND IMPROVEMENT TECHNIQUES, INC., a Florida Corporation,

    Defendant and Counterclaim Plaintiff.

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this 22d day of May, 2005

BY THE COURT:

_____
Boyd N. Boland, Magistrate Judge

_____
Counsel for MK

_____
Counsel for GIT