IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **95-cv-02510-JLK-BNB**

**MORRISON KNUDSEN CORPORATION
d/b/a MK-FERGUSON COMPANY, an Ohio corporation,**

      Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida corporation;**

      Counterclaim Plaintiff.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Unopposed Motion to Vacate Oral Argument and Reset Same (doc. #723), filed July 21, 2006, is **GRANTED**.  The oral argument set for August 2, 2006 is **VACATED AND RESET** for August 16, 2006 at 2:00 p.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  July 24, 2006