IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **95-cv-02510-JLK-BNB**

**MORRISON KNUDSEN CORPORATION
d/b/a MK-FERGUSON COMPANY, an Ohio corporation,**

    Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida corporation;**

    Counterclaim Plaintiff.

## ORDER

Kane, J.

THIS MATTER COMES ON for determination of Federal Insurance Company's Rule 62 Motion For Stay Of Execution Pending Appeal With Request For Waiver of Bond Requirement (Doc. 796).  Being being duly advised in the premises and for the reasons set forth in the Motion, I GRANT the request for stay of execution pending appeal and for waiver of bond requirement as to Federal Insurance Company only.   Accordingly,

IT IS ORDERED that execution on the August 2006 Judgment, as against Federal, be and is hereby stayed, and

FURTHER ORDERED,  that Federal shall not be required to tender a new supersedeas bond to the Court as a condition for this stay of execution.

DATED this October 30, 2006.

                                             **s/John L. Kane**
                                             SENIOR U. S. DISTRICT COURT JUDGE