IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **95-K-2510**

**MORRISON KNUDSEN CORPORATION
d/b/a MK-FERGUSON COMPANY, an Ohio Corporation,**

      Plaintiff and Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida Corporation;**

      Defendant and Counterclaim Plaintiff,

_____

ORDER EFFECTING AGREEMENT RE PAYMENT
OF CERTAIN JUDGMENT PROCEEDS - Docs. 826 & 828
_____

KANE, J.

      Pursuant to the D.C.COLO.LCiv.R 7.1A Certificate (Doc. 828) filed by interested party Federal Insurance Company in support of its Motion to Stay Execution of Judgment (Doc. 826), which Motion is currently in briefing, the parties have reached a partial agreement that Federal's portion of the August 2006 Judgment, plus post-judgment interest, may immediately be paid into the Registry of the Court. Accordingly, Federal is **DIRECTED**, on or before August 11, 2008, to deposit $7,075,000, plus post-judgment interest at the rate of 5.09% through the date of deposit, into the Registry of the Court at the Alfred A. Arraj U.S. District Courthouse, 901 19th Street, Denver, Colorado, 80294. Interest as of August 1, 2008 shall have accrued in the sum of $724,049.19, and will thereafter accrue at $1,036.84 per day.

Dated July 29, 2008.                      **John L. Kane**
                                             SENIOR U.S. DISTRICT JUDGE