```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX011816
Cashier ID: sq
Transaction Date: 08/01/2008
Payer Name: FEDERAL INS CO
------------------------------------
TREASURY REGISTRY
 For: FEDERAL INS CO
 Case/Party: D-COX-1-95-CV-002510-001
 Amount:        $7,799,049.19
------------------------------------
WIRE TRANSFER
 Amt Tendered:  $7,799,049.19
------------------------------------
Total Due:      $7,799,049.19
Total Tendered: $7,799,049.19
Change Amt:     $0.00

95-CV-2510-JLK-BNB

PER JUDGE KANE 7/29/08 ORDER


A fee of $45.00 will be assessed on
any returned check.
```