IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **95-cv-2510-JLK-BNB**

**MORRISON KNUDSEN CORPORATION,**
**d/b/a MK-FERGUSON COMPANY, an Ohio Corporation,**

    Plaintiff and Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida Corporation,**

    Defendant and Counterclaim Plaintiff.

---

# STIPULATION

---

    The following parties (the "Parties"), Morrison Knudsen Corporation, d/b/a MK-Ferguson Company, now known as Washington Group International ("MK"), Ground Improvement Techniques, Inc. ("GIT"), and Federal Insurance Company ("Federal"), submit this Stipulation regarding certain outstanding issues.

    1. With respect to the Tenth Circuit Court of Appeals' Order of August 19, 2008, Federal shall pay $1,045.00, plus interest at the rate of 2.18% from August 19, 2008, through the date of deposit, into the Registry of the Court at the Alfred A. Arraj U.S. District Courthouse, 901 19th Street, Denver, Colorado, 80294. Interest as of December 22, 2008, shall have accrued in the sum of $7.80, and will thereafter accrue at $0.06 per day. Federal shall also pay $1,361.30 for GIT's associated requested transcript costs into the Registry of the Court at the Alfred A. Arraj U.S. District Courthouse, 901 19th Street, Denver, Colorado, 80294. Upon payment by Federal into the registry of the Court pursuant to this paragraph, the cost award by the Tenth

Circuit Court of Appeals on August 19, 2008, plus GIT's associated request for transcript costs shall be deemed satisfied in full.

2. Federal withdraws its claim to set aside a portion of the judgment proceeds to satisfy a pending motion for attorneys fees, which it raised in its Motion for Order Allowing Deposit of Judgment Proceeds with Court Registry in Discharge of Judgment, or Alternatively, Otherwise Directing Disposition of Judgment Proceeds (Doc. 825). Notwithstanding this stipulation, nothing set forth herein shall be deemed prejudicial to, or impair, or constitute a waiver of any claims of Federal or GIT in Case No. 07-cv-01714 (Judge Walker D. Miller). Federal's withdrawal of its request to set aside a portion of the judgment proceeds is a compromise by Federal in order to bring this matter to resolution and in furtherance of this Court's comments in its Order of November 18, 2008 (Doc.861).

3. The Parties agree that post-judgment interest ceases to accrue as to amounts deposited into the Court Registry, and that post-judgment interest ceased to accrue on the $7,799,049.19 deposited into the registry of the Court on August 1, 2008.

4. The Parties agree that post-judgment interest compounds annually in accordance with 28 USC 1961(b) at the rate of 5.09% compounded annually from August 16, 2006 on the principal amount of any judgment entered in this matter, and from September 7, 2006 on the District Clerk cost award.

5. The Parties agree that if the District Court rules that Federal is not liable for the $149,497.23 District Clerk cost award, thus denying as to Federal GIT's Motion for Award of All Costs, Jointly and Severally, Against Federal and MK (Doc. 851), then, upon payment by Federal into the registry of the Court of the amounts required by paragraph 1 above, GIT will file

a notice of full satisfaction of the Judgment in this matter as against Federal, and in part to the extent of the total of Federal deposits as to MK, and the Supersedeas Bond No. 8131-18-24 and all payment obligations thereunder shall be deemed fully satisfied, paid and discharged, and the Court shall order the release and return of the Supersedeas Bond No. 8131-18-24 to MK. The Parties also agree that if the District Court rules that Federal is liable for the $149,497.23 District Clerk cost award, thus granting as to Federal GIT's Motion for Award of All Costs, Jointly and Severally, Against Federal and MK (Doc. 851), then, upon the deposit by Federal into the registry of the Court of the amount of that award and the amounts required by paragraph 1 above, GIT will file a notice of full satisfaction of the Judgment in this matter as against Federal, and in part to the extent of the Federal deposits as to MK, and the Supersedeas Bond No. 8131-18-24 and all payment obligations thereunder shall be deemed fully satisfied, paid and discharged, and the Court shall order the release and return of the Supersedeas Bond No. 8131-18-24 to MK.

6. Upon GIT's compliance with paragraph 5 above, Federal and MK agree that any and all amounts deposited or maintained in the Court Registry may be released to GIT upon further order of the Court, and that neither Federal nor MK claim any entitlements against the Court Registry funds or object to the release of the Court Registry funds for the benefit of GIT.

WHEREFORE, MK, GIT, and Federal stipulate to the above, and request that the Court approve this Stipulation, making it an Order of the Court.

**[SIGNATURES OF COUNSEL ARE ON FOLLOWING PAGE]**

Respectfully submitted this 18th day of December, 2008.

By: <u>s/ Timothy W. Gordon</u>
    Daniel R. Frost
    Timothy W. Gordon
HOLLAND & HART, LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, Colorado 80201-8749
D.C. Box 6
Telephone: (303) 295-8323
Facsimile: (303) 295-8261
**ATTORNEYS FOR PLAINTIFF MORRISON KNUDSEN CORPORATION NOW KNOWN AS WASHINGTON GROUP INTERNATIONAL, INC.**

By: <u>s/ Frederick Huff</u>
    Frederick Huff, Esq., No. 011765
LAW OFFICES OF FREDERICK HUFF
1350 17th Street, Suite 100
Denver, Colorado 80202
Telephone: (303) 534-8818
Facsimile: (303) 534-8811
**ATTORNEY FOR GROUND IMPROVEMENT TECHNIQUES, INC.**

By: <u>s/Jeffrey S. Price</u>
    Sam H. Poteet, Jr.
    Jeffrey S. Price
    Fred. C. Statum III
MANIER & HEROD, P.C.
150 4th Avenue North, Suite 2200
Nashville, TN 37219
Telephone: (615) 244-0030
Fcsimile: (615) 242-4203

-and-

    L. Jay Labe
PENDLETON, FRIEDBERG, WILSON & HENNESSEY, P.C.
1875 Lawrence Street, Tenth Floor
Denver, CO 80202
Telephone: (303) 839-1204
Facsimile: (303) 831-0786
**ATTORNEYS FOR FEDERAL INSURANCE COMPANY**

The above Stipulation is hereby made an Order of the Court.

Dated this 19th day of December, 2008.

                                                **s/John L. Kane**
                                                U.S. SENIOR DISTRICT COURT JUDGE

4405892_1.DOC