IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **95-cv-02510-JLK-BNB**

**MORRISON KNUDSEN CORPORATION
d/b/a MK-FERGUSON COMPANY, an Ohio corporation,**

    Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida corporation;**

    Counterclaim Plaintiff.

## ORDER

Kane, J.

Ground Improvement Techniques, Inc.'s Motion for Reconsideration re: Compounding the Prejudgment Interest Award (doc. #865), filed December 22, 2008, is DENIED. Judgment shall enter accordingly.

Dated: January 13, 2009            *s/John L. Kane*
                                                 SENIOR U.S. DISTRICT JUDGE