THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L.  Kane

Civil Action No.  **95-cv-2510-JLK-BNB**

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida corporation,**

> Counterclaim Plaintiff,

v.

**MORRISON KNUDSEN CORPORATION,**
**d/b/a MK-FERGUSON COMPANY, an Ohio corporation,**

> Counterclaim Defendant.

---

## SECOND
## MODIFIED AMENDED JUDGMENT

---

Pursuant to and in accordance with the appellate rulings of the United States Circuit Court of Appeals for the Tenth Circuit in *Morrison Knudsen Corporation v. Ground Improvement Techniques, Inc.* 532 F. 3rd 1063 (10th Cir. 2008) and, *Morrison Knudson Corporation v. Fireman's Fund Insurance Company*, 175 F. 3rd 1221 (10th Cir 1999), which are incorporated herein by reference, and which **affirmed** in part and reversed in part this Court's August 16, 2006 Modified Amended Judgment as revised on September 6, 2006 and this Court's June 2, 1997 Amended Judgment as rendered against Counterclaim Defendant MORRISON KNUDSON CORPORATION, d/b/a MK-FERGUSON COMPANY, a/k/a WASHINGTON GROUP INTERNATIONAL n/k/a The Washington Division of URS Corporation ("MK") and FEDERAL INSURANCE COMPANY ("FEDERAL") and in favor of Counterclaim Plaintiff GROUND IMPROVEMENT TECHNIQUES, INC. ("GIT")  which are also incorporated by reference as if fully set forth.  And in accordance with the July 30, 2008

Supplemental Mandate of the United States Circuit Court of Appeals for the Tenth Circuit in *Morrison Knudson Corporation v. Ground Improvement Techniques, Inc.* 532 F 3 rd 1063 (10th Cir. 2008), it is:

ORDERED that based on GIT's acceptance of the Tenth Circuit's appellate remittitur, the principal amount of the Judgment set forth herein has been reduced by $3,293,695 in principal.

It is FURTHER ORDERED that judgment is hereby entered as a matter of law for MK on GIT's bond equitable adjustment claim, and that the Judgment set forth herein has therefore been further reduced by $164,004.00 in principal.

It is THEREFORE FURTHER ORDERED that judgment is entered in favor of Counterclaim Plaintiff GIT and against MK in the amount of $14,869,687.00 less the undisputed amount of prior payments of $2,682,804,00, for a total award amount of $12,186,883.00 plus interest, consisting of the following:

A. An award in favor of GIT against MK of $4,780,949 in wrongful termination costs plus prejudgment interest accruing thereon at the federal rate of 5.09% commencing and effective on September 29, 1995 through August 16, 2006 in the amount of $2,647,769.11 for a total award of **$7,428,718.11** all found reasonable, allowable, and allocable pursuant to the Federal Acquisition Regulations (FAR).

B. An award in favor of GIT against MK for equitable adjustments in the total amount of $528,580.00 plus prejudgment interest accruing thereon at the federal rate of 5.09% commencing and effective on September 29, 1995 through August 16, 2006 in the amount of $292,736.40 for a total award of **$821,916.40** all found reasonable, allowable, and allocable pursuant to the FAR.

C. An award in favor of GIT against MK for the costs of settlements with the following subcontractors in the amounts set forth below, all of which are found reasonable, allowable and allocable pursuant to the FAR:

1. For subcontractor, Bogue Construction an award of $254,404.00 plus prejudgment interest accruing thereon at the federal rate of 5.09% commencing and effective on February 27, 1997 through August 16, 2006 in the amount of $122,563.58 for a total award of **$376,967.58**.

2. For subcontractor, RN Robinson & Son, Inc. an award of $6,546,936.00 plus prejudgment interest accruing thereon at the federal rate of 5.09% commencing and effective on December 27, 1999 through August 16, 2006 in the amount of $2,211,611.55 for a total award of **$8,758,547.50**.

3. For subcontractor, GA Western an award of $24,295.00 plus prejudgment interest accruing thereon at the federal rate of 5.09% commencing and effective on September 29, 1997 through August 16, 2006 in the amount of $10,979.99 for a total award of **$35,274.99**.

4. For the surety settlement costs for Fireman's Fund for an award of $51,719.00 plus prejudgment interest accruing thereon at the federal rate of 5.09% commencing and effective on August 12, 1998 through August 16, 2006 in the amount of $21,089.32 for a total award of **$72,808.32**.

It is FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 5.09% per annum compounded annually on any and all amounts awarded herein from August 16, 2006 until the amounts awarded are paid or deposited with the Court.

It is FURTHER ORDERED that, pursuant to the Bill of Costs entered by the Clerk on September 7, 2006, costs of $149,497.23 are added to the Judgment against MK, and interest shall accrue on this amount from September 7, 2006 at the post-judgment interest rate of 5.09% compounded annually until paid in full or deposited with the Court.

It is FURTHER ORDERED that the August 19, 2008, costs award of $1,045 entered by the United States Court of Appeals for the Tenth Circuit has been satisfied in full by the payment of $2,414.16 into the registry of the Court by Federal Insurance Company on December 23, 2008.

It is FURTHER ORDERED that the Judgment as amended by this Order is satisfied in full as against Federal Insurance Company and in part as against MK to the extent of the payment of $2,414.16 into the registry of the Court by Federal Insurance Company on December 23, 2008, and the payment of $7,799,049.19 into the registry of the Court by Federal Insurance Company on August 1, 2008.

It is FURTHER ORDERED that all payment obligations under Supersedeas Bond No. 8131-18-24 are fully satisfied, paid, and discharged, and said bond shall be released to MK.

**THEREFORE,** in accordance with and pursuant to the Mandate of the Tenth Circuit Court of Appeals dated July 30, 2008 and the Supplemental Mandate dated August 19, 2008:

**JUDGMENT** is rendered in favor of Counterclaim Plaintiff, GROUND IMPROVEMENT TECHNIQUES, INC. and against MORRISON KNUDSEN CORPORATION, d/b/a MK-FERGUSON COMPANY, a/k/a WASHINGTON GROUP INTERNATIONAL, n/k/a THE WASHINGTON DIVISION OF URS CORPORATION and FEDERAL INSURANCE COMPANY, jointly and severally, in the amount of **$7,801,463.35.**

**JUDGMENT** is also rendered in favor of Counterclaim Plaintiff, GROUND IMPROVEMENT TECHNIQUES, INC. and against MORRISON KNUDSEN CORPORATION,

d/b/a MK-FERGUSON COMPANY, n/k/a THE WASHINGTON DIVISION OF URS CORPORATION in the following amounts:

1.  $12,186,883.00 in principal plus pre-judgment interest through August 16, 2006, of $5,306,749.95, less the amount awarded jointly and severally above ($7,801,463.35), for a total amount of $9,692,169.60;

2.  continuing post-judgment interest accruing thereon at the rate of 5.09% compounding annually commencing from August 16, 2006;

3.  District Court costs of $149,497.23, plus interest at 5.09% compounded annually from September 7, 2006;

4.  Appellate Court costs of $1,045.00, plus interest at 2.18% compounded annually from August 19, 2008.

DATED, at Denver, Colorado, on this 13th day of January, 2009.

BY THE COURT

FOR THE COURT
GREGORY C. LANGHAM, CLERK


*s/John L. Kane*
John L. Kane, Jr.
United States District Court

By: *s/ Edward P. Butler*
Edward P. Butler
Deputy Clerk