IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-02510-JLK-BNB

MORRISON KNUDSEN CORPORATION,
d/b/a MK-FERGUSON COMPANY,

       Plaintiff,

v.

GROUND IMPROVEMENT TECHNIQUES, INC.,

       Defendant.

---

### RECEIPT FOR SUPERSEDEAS BOND

Received by _Robert Hunkik_, the following Supersedeas Bond # 8131-18-24 in the above entitled action and released per court order dated January 13, 2009.

_Bobbi Reed_
Deputy Clerk

_1-26-09_
Date

Holland & Hart, LLP-Denver
Attorney for Plf ( x ) Def ( )

By: _[signature]_