IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **95-cv-02510-JLK-BNB**

**MORRISON KNUDSEN CORPORATION
d/b/a MK-FERGUSON COMPANY, an Ohio corporation,**

      Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida corporation;**

      Counterclaim Plaintiff.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion for Leave to Enter an Appearance re: Holland & Knight, LLP's Attorney Lien Dated September 4, 2007 (doc. #877), filed April 24, 2009, is GRANTED. Counsel should note, however, that appearance of a firm is not permitted under D.C. COLO.LCivR 11.1. The appearances of David E. Leavenworth, Kevin E. O'Brien and Lisa F. Mickley are accepted.

Dated:  April 28, 2009