IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 95-cv-02510-JLK-BNB

MORRISON KNUDSEN CORPORATION, d/b/a MK-FERGUSON COMPANY, an Ohio corporation,

Plaintiff,

v.

GROUND IMPROVEMENT TECHNIQUES, INC., a Florida corporation,

Defendant.

_____

**ORDER**
_____

The following motions are pending:

(1) **Holland & Knight LLP's Motion to Strike Attorney Lien of Steven R. Schooley and Motion for Order Directing Payment from Registry of Court to Holland & Knight LLP and Brief in Support Thereof** [Doc. # 879, filed 9/24/2009] ("Motion to Strike Attorney Lien");

(2) **Motion for Leave to File Reply to Schooley Response** [Doc. # 885, filed 10/14/2009] ("First Motion to Respond"); and

(3) **Motion for Leave to file Reply to GIT Response** [Doc. # 886, filed 10/14/2009] the ("Second Motion to Respond").

I held a hearing on the matter this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the First Motion to Respond [Doc. # 885] and the Second Motion to Respond [Doc. # 886] are GRANTED.  Holland & Knight shall file its responses on or before **December 31, 2009**.

IT IS FURTHER ORDERED that the Motion to Strike Attorney Lien [Doc. # 879] is set for a one day evidentiary hearing on **March 31, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that in connection with the issues raised by the Motion to Strike Attorney Lien and in order to prepare for the hearing on that motion the following limitations and schedule are established:

| | |
|---|---|
| Discovery Cut-Off: | March 22, 2010 |
| Discovery is limited as follows: | Four depositions per interested party,[1] including expert depositions; no deposition may exceed seven hours.  Each interested party may designate no more than one expert witness. |
| Expert Disclosures: | The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 12, 2009. |

Dated December 15, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

[1] For purposes of this order, there are three interested parties, as follows:  (1) Holland & Knight; (2) Ground Improvement Techniques; and (3) Steven R. Schooley.