IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **95-cv-02510-JLK-BNB**

**MORRISON KNUDSEN CORPORATION
d/b/a MK-FERGUSON COMPANY, an Ohio corporation,**

      Counterclaim Defendant,

v.

**GROUND IMPROVEMENT TECHNIQUES, INC., a Florida corporation;**

      Counterclaim Plaintiff.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion of Megan Cleghorn Christenson and Skadden, Arps, Slate, Meagher & Flom LLP to Withdraw (doc. #899), filed February 26, 2010, is GRANTED. Megan Cleghorn Christenson and the firm of Skadden, Arps, Slate, Meagher & Flom LLP are permitted to withdraw as counsel of record in this case.

Dated: February 26, 2010